## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John Z. Lee | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5363 | **DATE** | 9/26/2012 |
| **CASE TITLE** | Selig Sealing Products, Inc. Vs. Upsher-Smith Laboratories, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held 9/26/12. The parties report that they have settled the case. This case is dismissed with prejudice with leave to reinstate within 30 days; plaintiff's pending motion to stay schedule [44] is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ca |
|---|---|---|